**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | |
|---|---|
| ALEXIS DEGIDIO, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. |
| v. | |
| CRAZY HORSE SALOON AND RESTAURANT, INC., d/b/a THEE NEW DOLLHOUSE, | **JURY TRIAL DEMANDED** |
| Defendant. | |

### PLAINTIFF'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES

Plaintiff submits her answers to Local Rule 26.01 Interrogatories as follows:

(A)     State the full name and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the bases and extent of said interest.

**ANSWER:**

Upon information and belief, no person or legal entity has a subrogation interest in any asserted claim.

(B)     As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER:**

Plaintiff requests a jury trial on all claims for damages.

(C)     State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate: (2) each publicly owned company which owns ten percent or more of the outstanding share or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:**

Plaintiff is not a publicly owned company.

(D)     State the basis for asserting the claim in the division in which it was filed (or the basis for any challenge to the appropriateness of the division).

**ANSWER:**

Plaintiff's claims are properly heard in the Florence Division of this Court because Plaintiff and Defendant reside in this Division and Plaintiff's claims arose in this Division.

(E)     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide: (1) a short caption and full case number of the related action; (2) an explanation of who the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which may be related regardless of whether they are still pending.  Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER**:

No.


August 8, 2013                                    Respectfully submitted,

                                                  RICHARDSON, PATRICK,
                                                  WESTBROOK & BRICKMAN, LLC

                                                   s/  James L. Ward, Jr._____
                                                  James L. Ward, Jr., Fed. ID No. 6956
                                                  E-mail: jward@rpwb.com
                                                  1037 Chuck Dawley Blvd.
                                                  Building A
                                                  Mt. Pleasant, SC  29464
                                                  Tel: 843-727-6500
                                                  Fax: 843-216-6509
                                                  jward@rpwb.com

                                                  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 8, 2013, I caused the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF, which will provide electronic notice of such filing to all counsel of record.

s/ James L. Ward, Jr.
James L. Ward, Jr.
