UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(FLORENCE DIVISION)

| | |
|---|---|
| ALEXIS DEGIDIO, individually and on behalf of all others similarly situated, Plaintiff, | Case No. 4:13-cv-02136-RBH |
| v. | |
| CRAZY HORSE SALOON AND RESTAURANT, INC., d/b/a THEE NEW DOLLHOUSE, Defendant. | **Motion in Support of** *Pro Hac Vice* **Application** |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that R. Bruce Carlson be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

   ☐ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☐ does not intend to oppose

   ☒ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):
   No defense counsel has entered an appearance to date.

   ☐ No duty of consultation is required because the opposing party is proceeding pro se.

Richardson, Patrick, Westbrook & Brickman, LLC
Firm Name
1037 Chuck Dawley Blvd., Bldg. A
Street Address or Post Office Box
Mt. Pleasant, SC 29464
City, State, Zip Code
843-727-6682
Telephone Number
jward@rpwb.com
E-Mail Address

James L. Ward, Jr.
Name of Local Counsel
*James Ward, Jr.*
Signature of Local Counsel
Local Counsel for the District of South Carolina

revised 09/19/05