IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| ALEXIS DEGIDIO, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) Case No. 4:13-cv-02136-BHH |
| v. | ) ) ) JURY TRIAL DEMANDED |
| CRAZY HORSE SALOON AND RESTAURANT, INC., d/b/a THEE NEW DOLLHOUSE, | ) ) ) ) |
| Defendant and Third Party Plaintiff, | ) |
| v. | ) ) |
| Joseph Hargadon | ) ) |
| Third Party Defendant. | ) |

## CONSENT MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT'S CLAIMS AGAINST THIRD PARTY DEFENDANT

COMES NOW Defendant and Third Party Plaintiff Crazy Horse Saloon and Restaurant, Inc. d/b/a Thee New Dollhouse ("Crazy Horse"), by and through counsel, and moves this Honorable Court to grant its Motion for a Voluntary Dismissal in its causes of action against Third Party Defendant Joseph Hargadon ("Hargadon"), pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2).

Hargadon has not filed a Motion to Dismiss or Motion for Summary Judgment. Further, Hargadon has no pending counterclaims against Crazy Horse in this matter. Accordingly, Crazy Horse with the consent of counsel for Hargadon ,respectfully requests that its Motion herein be granted and there be a voluntary dismissal of its claims against Hargadon in the above styled case, with any remaining costs to Crazy Horse.

Respectfully submitted,

/s/ William Paul Young
S.C. Federal ID 05732
William Paul Young, P.A.
P.O. Box 4213
North Myrtle Beach, SC   29597
843-249-9999
843-249-5876 (fax)
pyoung4213@frontier.com

and

Stephen L. Shields (TN Bar #06981)
James L. Holt, Jr.   (TN Bar #012123)
JACKSON, SHIELDS, YEISER & HOLT
262 German Oak Drive
Memphis, TN 38018
901-754-8001
901-754-8524 (fax)
*Attorneys for Defendant*

/s/William James Luse
William James Luse [Fed. ID 9736]
bill@johnnygardnerlaw.com
Johnny Gardner Law Group, P.A.
1601 Oak Street, Ste. 201
Myrtle Beach, SC 29577
843-839-4795
*Counsel for Third-Party Defendant Joseph Hargadon*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above pleading was filed with the Court's CM/ECF System on November 19, 2014 which will generate service upon the attorneys of record.

/s/ William Paul Young
William Paul Young

2