[Page 1]

United States District Court

District of South Carolina

Florence Division

Alexis Degidio, Individually and on Behalf All Others Similarly Situated,

    Plaintiffs,

Vs.              Case No.: 4:13-CV-02136-BHH

Crazy Horse Saloon and Restaurant, Inc.,

d/b/a Thee New Dollhouse,

    Defendant.

v.

Joseph B. Hargadon,

    Third Party Defendant,


The Video Deposition of:  Brent Clark

Location:  1601 Oak Street,

       Myrtle Beach, South Carolina

Date:  Tuesday, October 28, 2014

Time:  10:22 a.m. - 12:31 p.m.

Court Reporter:  Erica Norwood


The deposition is taken pursuant to notice and/or agreement, in the above-entitled cause pending in the above-named court and pursuant to the Federal rules of civil procedure.

```
 1           A P P E A R A N C E S
 2   For the Plaintiffs:
     Carlson, Lynch, Sweet and Kilpela, L.L.P.
 3   115 Federal Street, Suite 210
     Pittsburgh, PA 15212
 4   By:  Jamisen A. Etzel, Esq.
          Edwin J. Kilpela, Jr. Esq.
 5
     For the Defendant Crazy Horse Saloon,
 6   d/b/a Thee New Dollhouse:
     Jackson, Shields, Yeiser and Holt
 7   262 German Oak Drive
     Memphis, TN 38018
 8   By:  James L. Holt, Esq.
 9        - and -
10   William Paul Young, Esq, P.A.
     418 Main Street, Suite A
11   Post Office Box 4213
     North Myrtle Beach, SC 29582
12
     For the Third Party Defendant Joseph Hargadon:
13   Johnny Gardner Law Group, P.A.
     1601 Oak Street, Suite 201
14   Myrtle Beach, SC 29577
     By:  William James Luse, Esq.
15
     Also Present:  Gwenda Smith
16             Laura Watson
17
18              I N D E X
19                                       page
20   Examination by Mr. Etzel        5
     Examination by Mr. Luse        99
21
22
23
24
25
                                         [Page 2]
```

```
 1              S T I P U L A T I O N S
 2       It is stipulated among counsel that this
 3   deposition is being taken pursuant to the Federal
 4   rules of civil procedure and that all objections
 5   except as to the form of the question are reserved
 6   until the time of trial.
 7       It is also stipulated among counsel for
 8   the respective parties and the deponent that the
 9   deponent will waive the right to read and sign
10   this transcript.
11   Thereupon,
12       THE VIDEO TECHNICIAN:  This is the
13   video taped deposition of Brent Clark taken in the
14   matter of Degidio versus Crazy Horse,
15   Thee New Dollhouse, in the United States District
16   Court for the District of South Carolina,
17   Florence Division.  This deposition is being held
18   at Johnny Gardner Law Group, P.A., on
19   October 28, 2014.  My name is Gwenda Smith from
20   U.S. Legal Support, and I am the video technician.
21   The court reporter today is Erica Nor--- Norwood
22   also from U.S. Legal Support.  We are going on the
23   record at 10:22 a.m.  Counsel will now -- now
24   state their appearances for the record,
25   plaintiff's attorney first, please.
                                         [Page 4]
```

```
 1              E X H I B I T S
 2   Plaintiffs':
 3   Pg/Ln      Ex.    Description
 4   Premarked   1     Ad for Thee Dollhouse
 5   Premarked   2     Lace Website Page
 6   Premarked   3     Sign-In Sheets
 7   Premarked   4     Sign-In Sheets
 8   Premarked   5     V.I.P. Room Rates
 9   Premarked   6     Web Cam Form
10
11
12
13
14
15
16
17
18
19
20
21   ** uh-huh = affirmative
        huh-uh = negative
22
23
24
25
                                         [Page 3]
```

```
 1       MR. ETZEL:  Jamisen Etzel of
 2   Carlson, Lynch, Sweet and Kilpela in Pittsburgh,
 3   Pennsylvania.  And I represent the plaintiff.
 4       MR. KILPELA:  Ed -- Ed Kilpela from
 5   Carlson, Lynch, Sweet and Kilpela also for
 6   plaintiff.
 7       MR. HOLT:  James L. Holt, Junior, I'm
 8   an attorney for defendant Crazy Horse Saloon and
 9   Restaurant, Inc.
10       MR. YOUNG:  William Paul Young,
11   attorney for the defendant Crazy Horse Saloon and
12   Restaurant.
13       MR. LUSE:  William Luse, Law Office of
14   William Luse, attorney for third party defendant,
15   Joseph Hargadon.
16       THE VIDEO TECHNICIAN:  Will the court
17   reporter please swear in the witness.
18   Thereupon,
19          Brent Clark,
20   having been first duly sworn by the court
21   reporter, testified as follows:
22          E X A M I N A T I O N
23   BY MR. ETZEL:
24     Q   Okay, Mr. Clark, my name is
25   Jamisen Etzel.  I'm an attorney.  I represent
                                         [Page 5]
```

[2] (Pages 2 to 5)

877-479-2484            U.S. LEGAL SUPPORT, INCwww.uslegalsupport.com

|  |  |
|---|---|
| 1   A   And their physical appearance would<br>2   kind of roll into how they're dancing.<br>3   Q   Okay. It's sort of --<br>4   A   It's --<br>5   Q   -- a total package then.<br>6   A   Correct.<br>7   Q   Okay. Do you ever recall telling a<br>8   manager at the club, or anyone else, that a<br>9   dancer's performance on stage was unacceptable<br>10  based on the -- just the way she was dancing?<br>11  A   I don't think I ever have.<br>12  Q   Okay. So what you're saying is,<br>13  whenever you talk to managers and other employees<br>14  about the entertainers and you're critiquing<br>15  that --<br>16  A   Uh-huh.<br>17  Q   -- historically, that's always been<br>18  about their physical appearance, right?<br>19      MR. HOLT: Object to form.<br>20      THE DEPONENT: I'm a little confused on<br>21  the question.<br>22  BY MR. ETZEL:<br>23  Q   Okay. Do you -- do you think you've<br>24  ever criticized a dancer for anything other than<br>25  physical appearance?<br><br>[Page 30] | 1   all the other entertainers on stages. That gives<br>2   her an advantage over the other entertainers to be<br>3   seen by the guests in the room. So in -- it<br>4   enhances her ability to possibly get a dance with<br>5   a guest.<br>6   Q   Uh-huh.<br>7   A   So by doing a rotation, it puts them<br>8   up -- and, again, repeating myself, an opportunity<br>9   to be seen by all.<br>10  Q   Uh-huh. Now, as part of the brand,<br>11  though, is it an expectation that when customers<br>12  walk in the door, they will see at least some<br>13  dancers on the stage?<br>14  A   Well, yeah, there are stages there, so<br>15  they need to be occupied.<br>16  Q   Okay. So the rotation system is set up<br>17  both so dancers get an opportunity to be up there<br>18  and be seen and also --<br>19  A   Uh-huh.<br>20  Q   -- because the -- the brand -- the club<br>21  wants there to be dancers on stage because it's a<br>22  nightclub, right?<br>23  A   Would like to have an entertainer on<br>24  stage, but that's not always feasible.<br>25  Q   What do you mean by that?<br><br>[Page 32] |
| 1   A   Maybe her personality wasn't up to<br>2   snuff or she wasn't hospitable.<br>3   Q   Uh-huh.<br>4   A   I mean, that's what they're there --<br>5   that's their -- that's their -- that's their<br>6   wear --<br>7   Q   Uh-huh.<br>8   A   -- and that's what they -- I -- I<br>9   don't -- I don't get into --<br>10  Q   Okay. As far as --<br>11  A   -- their --<br>12  Q   As far as the -- Thee Dollhouse<br>13  brand goes, there's no particular way they have to<br>14  dance on stage, is there?<br>15  A   No.<br>16  Q   Okay. Now, I've heard other people<br>17  tell me this. That when they dance on stage,<br>18  there's sort of like a -- a rotation. Do you know<br>19  anything about that?<br>20  A   Yes.<br>21  Q   Okay. Can you explain to me how the<br>22  rotation system works?<br>23  A   Basically what we do, we allow the<br>24  entertainers -- well, not allow, but we give the<br>25  entertainers the opportunity to be elevated above<br><br>[Page 31] | 1   A   Well, what if you don't have an<br>2   entertainer to go up on stage. There's four<br>3   stages.<br>4   Q   Uh-huh.<br>5   A   If you don't have enough girls to fill<br>6   out stages -- maybe you only have one on one<br>7   stage, so that means three are empty. And when<br>8   they come in to work, we'll call them to stage.<br>9   If they come to stage, they come to stage. If<br>10  they don't, they don't.<br>11  Q   Uh-huh.<br>12  A   It's their option.<br>13  Q   But do you think it would negative --<br>14  negatively impact the club's reputations if, you<br>15  know, most of the night there weren't dancers on<br>16  stage?<br>17  A   Well, that's kind of board. I mean,<br>18  how many entertainers are you talking about on the<br>19  floor that night. Is there one, is there 50. If<br>20  you've got 50 girls sitting around the room, I<br>21  mean, obviously, they could be entertaining.<br>22  Q   Have you ever observed a night where<br>23  there was only one dancer in the club?<br>24  A   Which club you talking about?<br>25  Q   Thee Dollhouse -- Thee New Dollhouse.<br><br>[Page 33] |

[9] (Pages 30 to 33)

877-479-2484          U.S. LEGAL SUPPORT, INCwww.uslegalsupport.com

```
 1    rotation, we increase the house fee based on a
 2    limited space and availability --
 3        Q   Uh-huh.
 4        A   -- in the room.  So what we did is
 5    created a slide -- sliding house fee.  Prior to
 6    seven p.m., there is no house fee.  Because at
 7    that time of night, it's a little bit easier for
 8    us to get all the girls prepared for the night
 9    because the brunt of the business comes in
10    somewhere between 10, 11, 12 at night.
11        Q   So from the -- the club's perspective
12    and from the brand's perspective, the function of
13    the nightclub is easier if the dancers arrive
14    earlier in the night.  Is that correct?
15        A   I would say that, and it also gives
16    them an opportunity to make more money because
17    they're in the room selling their wares?
18        Q   Uh-huh.  Do you know who co--- who
19    collects the house fee?
20        A   For -- for ease purposes, we -- the
21    club has Laurie, or whatever house mom is working
22    that particular day, to collect the fees for the
23    club.
24        Q   Do you ever participate in the hiring
25    of entertainers?
```

[Page 42]

```
 1    an outside source for attire.  When she gets
 2    dressed with what she has to -- we -- we audition
 3    them, and we put them out on the side stage to
 4    audition them.  And, technically, the manager and,
 5    I don't know, maybe the assistant manager may
 6    review her and feel, okay, does she fit the mold
 7    of what we feel is -- is -- is the quality for
 8    Thee Dollhouse.
 9        Q   Okay.  Are there any things that you,
10    specifically, told them or unacceptable in -- in a
11    dancer that is, you know, applying to work
12    there -- automatic disqualification?
13        A   Well, there's a never automatic
14    disqualification because everyone is individual
15    and everyone is unique.  So I can't say yes.  I
16    would say no.
17        Q   How about like tattoos, is there a rule
18    about how many tattoos they could have?
19        A   Well, we don't have a rule on how many
20    tattoos they have, but if we feel that it's
21    overwhelming and distracting from their
22    performance, then we have a -- give them the
23    opportunity to do makeup cover on their tats.
24        Q   Okay.  What about dancers who are
25    visibly pregnant?  Is that against the brand?
```

[Page 44]

```
 1        A   I may give an opinion or two or
 2    somebody -- entertainer that I know that works at
 3    a -- another facility somewhere else in the
 4    United States that I may recommend.
 5        Q   Okay.
 6        A   But I don't make the decision of
 7    whether or not she's going to entertain that night
 8    or not.
 9        Q   Who does that?
10        A   That would be Jack or John.
11        Q   Okay.
12        A   The G.M.'s.
13        Q   And have you given them guidance as to
14    what they should be looking for when they're
15    reviewing a perspective entertainer?
16        A   Oh, absolutely.
17        Q   What kinds of things have you told them
18    to look for?
19        A   Well, first of all, it's the -- the --
20    the girl's presentation when she comes in the
21    facility.  Does she look -- does she look clean.
22    Does her nails look clean.  Does -- is her hair --
23    you know, what's her outfit.  If she has the
24    proper outfit.  If she doesn't then, like I say,
25    we can direct her upstairs, or direct her to a --
```

[Page 43]

```
 1        A   I -- I -- there's -- nine months of
 2    pregnant.  What month are you talking about?
 3        Q   When you can tell just by looking at
 4    the dancer that she's very likely to be pregnant.
 5        A   I -- I -- I don't make that
 6    determination.
 7        Q   Okay.  But would it be the brand's
 8    preference that, you know, very pregnant women do
 9    not dance at the club?
10        A   When a woman is in her final stages, I
11    think it wouldn't be wise to have them up
12    entertaining on the stage, I mean, from a safety
13    standpoint and such.
14        Q   Uh-huh.  Are dancers required to tip
15    anybody else in the club?
16        A   Well, they're not required to tip
17    anyone.  But there's a suggested minimum tip
18    that -- three parts of the club would participate
19    in if they were willing to par--- you know,
20    participate in it.
21        Q   And what are those three parts?
22        A   The house mom, the D.J., and the floor
23    staff.
24        Q   And what are the suggested minimums?
25        A   This -- the house mom's suggested
```

[Page 45]

**[12] (Pages 42 to 45)**

**877-479-2484           U.S. LEGAL SUPPORT, INC** www.uslegalsupport.com

## Page 46

1  minimum is 10 dollars.  The D.J.'s suggested
2  minimum is 10 dollars.  And the floormen's
3  suggested minimum is two dollars per floorman.
4      Q   How long has that been the suggested
5  structure?
6      A   At the Crazy Horse -- Dollhouse?
7      Q   Yes.
8      A   That was implemented in -- ooh, that's
9  a good question.  I would have to say maybe
10 sometime between March and September of '12.
11     Q   So --
12     A   During that transitional period because
13 the Crazy Horse had prior structure that I'm --
14 I'm not aware of.
15     Q   Okay.  So as part of the new
16 structuring --
17     A   Uh-huh.
18     Q   -- who was it that brought these rules
19 and structures to the -- the Crazy Horse building
20 as part of the conversion?
21     A   Okay.  Part of the management team from
22 the old Dollhouse came up to the new location, and
23 part of it stayed at the old location.  The
24 manager that came up only -- or implemented what
25 was already existing at the previous location.  So

## Page 47

1  those formats were just kind of melded over to the
2  new location until the floor management staff came
3  over in September of '12.
4      Q   Okay.  And were you overseeing these
5  rules and structures as this process was
6  occurring?
7      A   I -- I have -- I personally advised
8  them, as represented my company, to utilize the
9  preexisting Dollhouse format structures as we move
10 forward because we knew, eventually, the name
11 would take its own identity and not be Crazy --
12 Crazy Horse Presents Thee Dollhouse.
13     Q   Right.
14     A   So there was a merging of formats and
15 such; i.e., the building might not warrant a
16 certain format that the other building --
17     Q   Uh-huh.
18     A   -- could -- could warrant.  So then you
19 have to make a compromise, obviously.
20     Q   Okay.  I'm going to show -- well, first
21 let me ask you something.
22     A   Uh-huh.
23     Q   How -- if -- if any, how are the
24 dancers recruited or, you know, alerted to the
25 opportunity to come and dance at Thee Dollhouse?

## Page 48

1      A   We have a strong brand name.
2      Q   Is there a place on the website where
3  dancers can -- perspective dancers can get
4  information about how they could come to dance at
5  the club?
6      A   Oh, yeah.  I mean, we have a
7  entertainer page, inquiry page, and they can
8  submit an inquiry.
9      Q   Uh-huh.  Are you aware that
10 Laurie Callicutt also does some advertising on the
11 internet for dancers at Thee Dollhouse.
12     A   Yeah, I think she does and puts some
13 information out through her --
14     Q   Uh-huh.
15     A   -- her -- her Facebook page.
16     Q   Have you ever seen her personal
17 website?
18     A   Not really.  I haven't paid attention
19 to it.
20     Q   Okay.  I'm going to hand you this,
21 Exhibit 2.  And this was taken from her website.
22 You can see at the top where --
23     A   Uh-huh.
24     Q   -- she has her heading on there.
25     A   Uh-huh.

## Page 49

1      Q   So have you ever seen this specific
2  page before?
3      A   No.
4      Q   Okay.  I just want you to take a minute
5  and read through it real quickly.  It's not very
6  long.  So just, you know, read what's on the page.
7      A   Okay.
8      Q   Okay.  So you just read this.  Is this,
9  to you, basically an advertisement to perspective
10 dancers for Thee Dollhouse?
11     A   Is this a tweet?
12     Q   No, this is just on a website.  This is
13 not a tweet.
14     A   How come it says, house mom Laurie
15 tweets.
16     Q   Yeah, that's -- I think that's a link
17 that you can follow to go to --
18     A   Okay.
19     Q   -- her Twitter.  But this specific page
20 is just a website page.
21     A   Uh-huh.  And nobody's commissioned her
22 to do this --
23     Q   Uh-huh.
24     A   -- from the Crazy Horse or either from
25 myself or from the brand.

|  | Page 50 |  | Page 52 |
|---|---|---|---|
| 1 | Q   Uh-huh. | 1 | A   Nothing. |
| 2 | A   She took it on her own initiative to | 2 | Q   There's no consequence whatsoever? |
| 3 | reach out to her followers. | 3 | A   Nope. |
| 4 | Q   Okay. | 4 | Q   So why -- why do any dancers actually |
| 5 | A   And that's what Facebook is, you know, | 5 | do these tip outs? |
| 6 | you accept to follow her or you don't. | 6 | A   Because it -- it's support staff.  It's |
| 7 | Q   Uh-huh. | 7 | people that help them look better to as--- |
| 8 | A   So it's a voluntary follow. | 8 | approach guests easier.  It's -- why do you tip |
| 9 | Q   Right.  Do you see the phone number | 9 | a -- a waiter that brought you food that you're |
| 10 | there?  Do you have any idea what that phone | 10 | going to pay for.  You don't -- you're not |
| 11 | number is?  Is that her phone number, or is that | 11 | required to tip them. |
| 12 | the club's phone number? | 12 | Q   Uh-huh. |
| 13 | A   That's the club's phone number. | 13 | A   But you do it out of generosity. |
| 14 | Q   Okay. | 14 | Q   Isn't the house mom collecting fees |
| 15 | A   Uh-huh. | 15 | from the dancers, though?  House fees. |
| 16 | Q   Now that you've seen this, would you | 16 | A   That has nothing to do with her. |
| 17 | tell her not to do stuff like this?  Is this | 17 | Q   Right.  But, I mean, what -- what |
| 18 | against the -- the brand's image, standards? | 18 | service is the house mom doing for the dancers? |
| 19 | A   I've looked at it for a whole 30 | 19 | A   She assists the club to make sure that |
| 20 | seconds.  I -- I can't make that determination | 20 | they are dressed accordingly.  She's -- she's like |
| 21 | right now.  I'd have to digest it, and really | 21 | a -- a den mom.  She's up there keeping the peace |
| 22 | review it, and see if it's something I would tell | 22 | amongst -- I mean, you put 80 girls together, |
| 23 | her to not do, or -- or to do, or maybe to tweak | 23 | you're going to have some issues if you don't have |
| 24 | it. | 24 | somebody refereeing. |
| 25 | Q   Okay.  Can you read the fourth sentence | 25 | Q   Is she a club employee? |

|  | Page 51 |  | Page 53 |
|---|---|---|---|
| 1 | down?  It says, set your own schedule and work | 1 | A   She -- she gets a paycheck from the |
| 2 | flexible hours with opportunities for free house | 2 | club, I believe, yes. |
| 3 | fees and low minimum tip outs.  Is that correct? | 3 | Q   Do you know how long she's been a club |
| 4 | A   That's what she wrote there. | 4 | employee? |
| 5 | Q   Right.  Why would she say, low minimum | 5 | A   I'm going to have to say |
| 6 | tip outs if there were no minimum tip outs? | 6 | September, 2012. |
| 7 | A   You probably would ask her.  I -- I | 7 | Q   Okay.  Do you know what she gets paid? |
| 8 | don't know what her -- it's not -- it's not | 8 | A   I don't know right off the top of my |
| 9 | something that I -- again, engaged her to do. | 9 | head. |
| 10 | Q   Uh-huh. | 10 | Q   Okay.  How about the D.J.?  Is the D.J. |
| 11 | A   So that's her opinion.  And I'm not at | 11 | a club employee? |
| 12 | the capacity to answer her opinion of why she put | 12 | A   He -- he -- he receives a paycheck |
| 13 | it there. | 13 | also. |
| 14 | Q   Okay.  But it doesn't say no minimum | 14 | Q   Do you know what he gets paid? |
| 15 | tip outs, right?  It says low, right? | 15 | A   Not off the top of my head. |
| 16 | A   According to what you gave me, it | 16 | Q   If I told you that D.J.'s got paid, |
| 17 | says, opportunities for free house fees and low | 17 | roughly, 60 dollars per shit by the club, does |
| 18 | minimum tip outs.  Yeah, that's what she wrote on | 18 | that sound about right to you? |
| 19 | her Facebook page. | 19 | A   I haven't looked at it to be honest |
| 20 | Q   Now, you characterize the tip outs as | 20 | with you, sir. |
| 21 | suggestions. | 21 | Q   Okay.  So as part of your participation |
| 22 | A   Right. | 22 | with the club, you don't have direct involvement |
| 23 | Q   What happens if a dancer doesn't follow | 23 | in who's getting paid what by the club? |
| 24 | the suggestion ever, and never tips anybody at the | 24 | A   I don't -- I don't, personally, set the |
| 25 | club? | 25 | rates.  I think it's what the market rate is or |

**[Page 62]**

1  if you go to any club in that area. So that's their
2  starting point. So for us to set a basis of a
3  minimum to protect the entertainer for the guest to
4  know what he's expected to pay at least, we base it
5  on that time. So if the entertainer was to do five
6  songs in the individual chair at 20 a song, that
7  would come out to a 100 dollars, okay?
8      This is an enticement for her to utilize
9  the rooms, and an enticement for the guest because
10 he gets more time, technically, because he's not
11 paying by the song. Because that song, again, may
12 be a four song. It may be a five song. And we try
13 not play dark side of the moon or anything like that
14 where it ends up being one song.
15     Q   Right.
16     A   Okay.
17     Q   So this structure, is this something
18 that you brought with the -- Thee Dollhouse brand,
19 or is this something that was in -- in place at
20 Crazy Horse before?
21     A   I do not even know what the structure
22 was prior to. This is -- this is what was brought
23 up from the other location.
24     Q   From the old Dollhouse?
25     A   The old Dollhouse, correct?

**[Page 63]**

1      Q   And -- and from your perspective and
2  the brand's perspective, this is a -- a good way
3  to run -- to run these private areas is -- is this
4  structure?
5      A   Well, again, this is a suggested
6  minimum --
7      Q   Uh-huh.
8      A   -- to protect the entertainer. It's a
9  guideline for the guest to know, hey, look, if I
10 come back here, I'm going to expect to at least
11 pay this amount.
12     Q   Uh-huh.
13     A   But if the entertainer wants to charge
14 500 dollars for her 15 minutes of time, go for it.
15 I just -- that's her prerogative.
16     Q   Uh-huh.
17     A   But we feel that we don't we don't want
18 an entertainer to be cheated out of her time by a
19 guest who's going to give below this amount based
20 on the time and the market analysis and of what --
21 what the average is.
22     Q   Who -- who's looking at the -- the
23 market and, you know, what other clubs are doing
24 to make sure that this is --
25     A   I observe other markets, other -- other

**[Page 64]**

1  clubs in the area, friends, associates, people
2  that I know that go to other clubs and I ask them.
3  So what's -- what are they charging for a dance in
4  the back? And, you know, what's the girls
5  charging for a -- a V.I.P. room, you know, so...
6      Q   So are these prices pretty consistent
7  with your impression of the market, generally?
8      A   Yeah, and it kind of coincides also
9  with the fact that we -- we're trying to create a
10 minimum for our guests to adhere to.
11     Q   Uh-huh. If you observed in other
12 places in the country that the prices were going
13 up, would you then advise Crazy Horse that they
14 should also increase their minimum prices?
15     A   Well, what I would probably advise is,
16 if it's not broke, don't fix -- you know, don't
17 fix it. So what the rest of the country does
18 doesn't really reflect on what we do. It's really
19 what our true market is, and there's only a
20 handful of clubs. Because we are a unique market
21 due to the fact of our fluctuation of traffic with
22 visitors to the beach.
23     Q   Uh-huh. The club also has a system
24 where it sells artificial currency, right?
25     A   It's --

**[Page 65]**

1      Q   And --
2      A   It's certificates.
3      Q   Well, and -- what -- what are those
4  called in the club? What's the terminology?
5      A   We -- in the club, they're called
6  golden dollars.
7      Q   Okay. What -- do you have a term that
8  you use in the industry to refer to that system?
9      A   I call them golden dollars.
10     Q   Okay. If a customer want's the golden
11 dollars, where does he go to get them?
12     A   We have an area -- we have an area that
13 controls -- they're in-house certificates.
14 They're only good there.
15     Q   Uh-huh.
16     A   And they're redeemable there.
17     Q   Uh-huh.
18     A   So if the guy's light on cash, he can
19 buy some certificates, and he can tip entertainers
20 for them and bartenders, waitresses. Hell, he can
21 give his buddy money.
22     Q   So is it true that when a customer is
23 going to purchase, say, a hundred of these
24 certificates -- a hundred, you know, whatever the
25 unit is --

## [Page 66]

1    A   Uh-huh.
2    Q   -- is it true he has to pay a ten
3    percent premium in order to get those?
4    A   Well, it's -- it's -- well, I wouldn't
5    call it a premium, but it's a -- it's a
6    convenience fee --
7    Q   Uh-huh.
8    A   -- to have it available for them to use
9    as a method to tip.
10   Q   And it's ten percent, correct?
11   A   It is ten percent.
12   Q   So if the customer wants a hundred
13   certificates, he'll pay 110 dollars in U.S. money
14   on his card, right?
15   A   Yes.
16   Q   Okay.  When the certificates are given
17   to dancers and other employees in the club, and
18   they want to redeem it with the club in order to
19   get real money back, is there also a ten percent
20   discount that the club uses?
21   A   Oh, we -- we buy back at ten percent
22   less of the certificate face value.
23   Q   Okay.  And is that system something
24   that you had any involvement in implementing?
25   A   That's been in existence in

## [Page 67]

1    the Dollhouses for 30 some years -- or 20 or 25 --
2    '85, now, it soon will be 30 years.
3    Q   Have these ten percent, you know,
4    convenience charges, have they always been ten
5    percent or have that -- has that rate fluctuated?
6    A   To my knowledge, it's always been ten.
7    Q   Who would decide to change that if
8    anyone was going to change it?
9    A   Probably the owners of the club.
10   Q   Are they called golden dollars at
11   Thee Dollhouse in Tampa or just this --
12   A   I think so.  I think so.  They don't
13   have anything to do.  They're not interchangeable
14   or --
15   Q   Right.
16   A   -- anything.  It's only in-house at
17   that specific location, a redeemable certificate.
18   Q   Right.  Now, is it true that the club
19   also -- Thee New Dollhouse here -- is it true that
20   they have some promotional items that they'll sell
21   to customers?
22   A   Okay.  Repeat that question?
23   Q   Does the club sell any sort of
24   promotional items to its customers?
25   A   We have the available -- the club has

## [Page 68]

1    the available.  A t-shirt, a hat, a golf towel,
2    golf balls with the logo insignia on it.
3    Q   Who -- who makes sure that you have a
4    supply of that at the club?
5    A   Well, I get involved with that a little
6    bit.  Basically, the house moms do a physical
7    count of what's in the property, and then I'll --
8    they'll text that to me, and then I'll forward
9    that to the manufacturer, then they'll -- and --
10   and embroiderer, and then they'll resupply the --
11   the par.
12   Q   Okay.  So that's -- that is actually
13   one of the things you do in you're consulting is
14   you make sure they have these promotional items
15   available?
16   A   And they'll text it to me, and I'll do
17   it.  I mean, if I'm not there, Laura will do it
18   or, you know, mostly -- yeah, Laura -- Laura will
19   take of it.
20   Q   Now, they have the -- Thee Dollhouse
21   trademark on them, right?
22   A   Uh-huh.
23   Q   So to the extent that Crazy Horse is
24   buying these products --
25   A   Uh-huh.

## [Page 69]

1    Q   -- for sale, that's something that's
2    governed by the licensing agreement, correct?
3    A   The branding license agreement, yes.
4    Q   Okay.  So they're -- obviously, they're
5    authorized to sell this merchandise by
6    Michael J. Peter, right?
7    A   With the brand name on it, yes.
8    Q   Okay.  Does the -- does the club have
9    any sort of system where along with the purchase
10   of one of these promotional items, the customer
11   will get a dance of some kind from a dancer?
12   A   We -- well, the club periodically
13   through the night will have all participating
14   entertainers that want to participate come up,
15   grab the promotional item, come down across the
16   stage, and they can ask the gentleman if they'd
17   like -- and generally that's done with what we
18   call a two-for-one dance.  So the entertainer will
19   give a guest a price, whatever that price is in
20   the back, and deem it as half price.  Along with
21   that, that guest can receive a promotional item
22   from the club.
23   Q   So when the D.J. -- is -- is it the
24   D.J. who sort of coordinating this process?
25   A   Yeah, via the microphone to the guests.