**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**(FLORENCE)**

| | | |
|---|---|---|
| ALEXIS DEGIDIO, individually and on behalf of all others similarly situated, | : | Case No. 4:13-cv-02136 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | District Judge Bruce Howe Hendricks |
| | : | |
| CRAZY HORSE SALOON AND RESTAURANT, INC., d/b/a THEE NEW DOLLHOUSE, | : : : | *ELECTRONICALLY FILED* |
| | : | |
| Defendant, | : | |

**MOTION TO DISMISS OPT-IN PLAINTIFF BRISSIA MARTIN TALAMANTES**

Plaintiffs hereby request an order dismissing opt-in Plaintiff Brissia Martin Talamantes pursuant to Fed. R. Civ. P. 41(a)(2).  In support of their motion, Plaintiffs state as follows:

1.    Brissia Martin Talamantes joined this action by filling a Consent to Opt-in on January 12, 2016.  (Dkt. No. 125).

2.    Ms. Talamantes has since notified Plaintiffs' counsel that she does not wish to remain a party to this action.

3.    Ms. Talamantes is not the named Plaintiff, and numerous other individuals have joined this suit by filing Consent to Opt-in forms.  Defendant has not filed any counterclaims against Ms. Talamantes.  The dismissal of Ms. Talamantes will have no material effect on the underlying litigation or the claims of other plaintiffs.

4.    Based on the foregoing, Plaintiffs respectfully request that this Court enter an order dismissing Opt-in Plaintiff Brissia Martin Talamantes from this action without prejudice.

Dated: February 22, 2016

Respectfully submitted,

By:  */s/ James L. Ward, Jr.*
James L. Ward, Jr.  (Fed I.D. 6956)
jward@rpwb.com
**Richardson, Patrick, Westbrook,
& Brickman, LLC**
P.O. Box 1007
Mt. Pleasant, SC 29465
(843) 727-6500

Gary F. Lynch
glynch@carlsonlynch.com
Jamisen A. Etzel
jetzel@carlsonlynch.com
**Carlson Lynch Sweet & Kilpela LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2016, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court. The document is available for viewing and downloading and will be served by operation of the Court's electronic filing system (CM/ECF) upon all counsel of record.

/s/ *James L. Ward, Jr.*
James L. Ward, Jr.