UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

# NOTICE REGARDING JURY SELECTION AND TRIAL

The **JURY LIST** will be available in the Clerk's Office **seven (7) days prior to jury selection**. Pursuant to Local Rule 47.02 the Court will submit written interrogatories to the jury venire. Copies of the responses will be available for purchase. To purchase copies of questionnaires or obtain a list of jurors, a request form (found on the Court's website), must be submitted to the Clerk's office via email at filingdocs_ecf_flor@scd.uscourts.gov, via fax at 843-676-3831 or via mail at 401 West Evans Street, Florence, SC 29501. You are responsible for submitting the approved form to M&M Blueprint (located at 1300 W. Darlington Street, Florence, SC 29501, Phone 843-662-2412), when purchasing the Questionnaires. Copies of the responses will also be available for review in the Clerk's office seven days prior to jury selection. **THESE INTERROGATORIES WILL NOT BE REPEATED AT JURY SELECTION. To provide for an orderly and expeditious disposition of the cases on the trial calendar, the following provisions must be complied with:**

1. **Fed.R.Civ.P. 26(a)(3) PRETRIAL DISCLOSURES** shall be filed and exchanged between the parties **thirty (30) days prior to the date set for jury selection**. Within fourteen (14) days thereafter, parties shall file and exchange Fed.R.Civ.P. 26(a)(3) objections, any objections to use of a deposition designated by another party and any deposition counter-designations under Fed.R.Civ.P. 32(a)(6).

2. **MOTIONS IN LIMINE** must be filed no later than **14 days prior to the date set for trial**. Written responses are due seven (7) days thereafter. *No motions in limine shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02.*

3. **TRIAL BRIEFS** are due at least **seven (7) days prior to jury selection** and are to be e-mailed in WordPerfect or MS WORD format to chambers at hendricks_ECF@scd.uscourts.gov in accordance with Rule 26.05 of the Local Rules.

4. **REQUESTS TO CHARGE, REQUESTS FOR VOIR DIRE** and **PROPOSED VERDICT FORMS** are also due at least **five (5) days prior to jury selection** and are to be emailed in WordPerfect or MS WORD format to hendricks_ECF@scd.uscourts.gov. Requests for Voir Dire must include a list of witnesses along with their addresses as well as the occupation of each witness. **These documents shall not be filed.** See Judge Hendricks' Standing Order for Civil Jury Charges regarding boilerplate jury instructions and joint instructions. http://www.scd.uscourts.gov

5. **STRIKES FOR CAUSE** must be submitted **JOINTLY** by email to the Clerk's office at filingdocs_ecf_flor@scd.uscourts.gov **no later than 11:00 am THE DAY BEFORE JURY SELECTION**. Judge Hendricks' Joint Strikes for Cause form is located on the Court's website under Forms-Jury. Please list all joint strikes as well as a list of strikes not agreed upon.

6.  **EXHIBITS**. Attorneys for each party shall meet at least **seven (7) days prior to jury selection** for the purpose of exchanging and marking all exhibits to be used at trial, and, where possible, agree on the admissibility of all trial exhibits. In the event there is an objection to any exhibit, the attorneys must notify the court of such objection *__at least one day prior to trial__*. Otherwise, such objection will be deemed waived. The exhibit list shall be furnished by each side to the Courtroom Clerk on the day of trial. All exhibits listed shall be deemed admitted for all purposes unless the court denies admission based on objections submitted to the court as set out above.

**THE COURT MAY NOT CONSIDER ANY REQUESTS FOR CHARGE, REQUESTS FOR VOIR DIRE OR ANY EXHIBITS FOR TRIAL SUBMITTED AFTER THE ABOVE REFERENCED DATES.**

**COUNSEL ARE REQUIRED TO USE THE ELECTRONIC COURTROOM PRESENTATION SYSTEM IN TRIAL.** If your case is going to trial and you did not participate in electronic courtroom training when it was offered, it is **YOUR** responsibility to contact the court clerk for information regarding use of the electronic courtroom **PRIOR TO TRIAL**. It is not possible to be trained the morning of trial.

When a civil action scheduled for jury trial is settled or otherwise disposed of in advance of the actual trial, then, except for good cause shown, all juror's costs, including marshal's fees, mileage, and per diem, may be assessed equally against the parties and their counsel or otherwise assessed as directed by the court, unless the clerk's office is notified **at least one full business day prior to the date on which the action is scheduled for trial**. Notification to the clerk's office is necessary in order to notify jurors that their presence will not be required.

In accordance with the provisions of 28 U.S.C. 636(c), you are hereby notified that the United States Magistrate Judges of the District Court, in addition to their other duties, may, upon consent of all parties in a civil case, and with the approval of the District Judge, conduct any or all proceedings, including a Jury or Non-Jury trial, and order the entry of a final judgment.

> BY DIRECTION OF THE COURT
> s/Penny W. Roulston
> ROBIN BLUME, CLERK