IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| ALEXIS DEGIDIO, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) Civil Action No.: 4:13-cv-02136 ) ) Judge Bruce Howe Hendricks |
| v. | ) ) |
| CRAZY HORSE SALOON AND RESTAURANT, INC. d/b/a THEE NEW DOLLHOUSE, | ) ) ) ) |
| Defendant. | ) ) |

**ORDER OF COURT**

AND NOW, this 17th day of January, 2017, upon consideration of the parties' Joint Motion to Modify the Scheduling Order and to Stay Pretrial Deadlines, IT IS HEREBY ORDERED that such motion is GRANTED. The following deadlines are STAYED:

1. Plaintiff's deadline to disclose expert reports.

2. Defendant's deadline to disclose expert reports.

3. Filing of affidavits of record custodian witnesses.

4. Completion of discovery.

5. Deadline to file decertification motions, Daubert motions, and all other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial (other than Daubert motions).

The Court will order the parties to submit a proposed scheduling order after decisions are rendered on the class certification motion, the motion to compel arbitration, and Motion to Certify Uncertain Questions of State Law (ECF No. 146).

Dated: January 17, 2017

    s/Bruce Howe Hendricks
Hon. Bruce Howe Hendricks
United States District Judge