**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| ALEXIS DEGIDIO, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 4:13-cv-02136-BHH |
| v. | ) ) | |
| CRAZY HORSE SALOON AND RESTAURANT, INC., d/b/a THEE NEW DOLLHOUSE, | ) ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

NOTICE is hereby given that Defendant, Crazy Horse Saloon and Restaurant, Inc. d/b/a Thee New Dollhouse ("Defendant") pursuant to 9 U.S.C. § 16(a)(1)(B) appeals to the United States Court of Appeals for the Fourth Circuit from the Order Denying Defendant's Motion to Dismiss Claims of Opt-Ins to Conditionally Certified FLSA Action and Compel Arbitration (D.E. #166), entered in this matter on January 26, 2017.

1

Dated:   February 1, 2017                    Respectfully submitted,

        */s/ William Paul Young*
        William Paul Young [Fed. ID 05732]
        pyoung4213@frontier.com
        William Paul Young, P.A.
        P.O. Box 4213
        North Myrtle Beach, SC   29597
        843-249-9999
        843-249-5876 (fax)

        Stephen L. Shields (TN Bar #06981)
        James L. Holt, Jr.   (TN Bar #012123)
        JACKSON, SHIELDS, YEISER & HOLT
        262 German Oak Drive
        Memphis, TN 38018
        901-754-8001
        901-754-8524 (fax)
        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 1st day of February, 2017, the forgoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon T. Christopher Tuck, ctuck@rpwb.com, RICHARDSON, PATRICK, ESTBROOK & BRICKMAN, LLC, 1037 Chuck Dawley Blvd., Bldg. A, Mt. Pleasant, SC 29464, Telephone: (843) 727-6515, Facsimile:   (843) 216-6509 and other attorneys of record

        */s/ William Paul Young*
        William Paul Young [Fed. ID 05732]
        pyoung4213@frontier.com
        William Paul Young, P.A.
        P.O. Box 4213
        North Myrtle Beach, SC   29597
        843-249-9999
        843-249-5876 (fax)

        Stephen L. Shields (TN Bar #06981)
        James L. Holt, Jr.   (TN Bar #012123)
        JACKSON, SHIELDS, YEISER & HOLT
        262 German Oak Drive
        Memphis, TN 38018
        901-754-8001
        901-754-8524 (fax)
        *Attorneys for Defendant*