FILED: January 18, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1145
(4:13-cv-02136-BHH)
_____

ALEXIS DEGIDIO, individually and on behalf of all others similarly situated

      Plaintiff - Appellee

v.

CRAZY HORSE SALOON AND RESTAURANT INC, d/b/a Thee New Dollhouse

      Defendant - Appellant

and.

JOSEPH B. HARGADON

      Third Party Defendant

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK