FILED: February 22, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-134
(4:13-cv-02136-BHH)

_____

CRAZY HORSE SALOON AND RESTAURANT INC, d/b/a Thee New Dollhouse

        Petitioner

v.

ALEXIS DEGIDIO, individually and on behalf of all others similarly situated

        Respondent

_____

O R D E R
_____

Upon review of submissions relative to the petition for permission to appeal, the court denies the petition.

Entered at the direction of Judge Duncan with the concurrence of Judge Wynn and Judge Floyd.

        For the Court

        /s/ Patricia S. Connor, Clerk