# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

|  |  |
|---|---|
| ALEXIS DEGIDIO, individually and on behalf of all others similarly situated, | ) ) ) ) Civil Action No.: 4:13-cv-02136 ) ) Judge Bruce Howe Hendricks ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| v. | |
| CRAZY HORSE SALOON AND RESTAURANT, INC. d/b/a THEE NEW DOLLHOUSE, | |
| Defendant. | |

## ORDER OF COURT

AND NOW, this 29th day of January, 2019, upon consideration of the parties' joint motion to approve their proposed class notice and notice plan, IT IS HEREBY ORDERED that such motion is GRANTED.

The form of notice proposed by the parties is approved.

Within 14 days of this Order, Defendant shall produce to Plaintiff, in a computer-readable format, the class member names and most recent contact information for all entertainers who have performed at Defendant's club since October 1, 2015. Plaintiff's counsel shall combine that information with the previous list produced by Defendant, and cause the notice to be sent via first-class mail to all class members within 14 days of receiving the updated class member information from Defendant.

SO ORDERED.

Dated: January 29, 2019

                                                  s/Bruce Howe Hendricks
                                                Hon. Bruce Howe Hendricks
                                                United States District Judge