AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Alexis Degidio, individually and on behalf of all other similarly situated,<br>*Plaintiff*<br>v.<br>Crazy Horse Saloon and Restaurant, Inc., d/b/a Thee New Dollhouse,<br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>    Civil Action No.    4:13-cv–2136-JD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

◘ other: this case is hereby dismissed with prejudice and without costs to any Party, other than those specified in the Settlement Agreement and the Order filed February 23, 2024.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

◘ decided by the Honorable Joseph Dawson, III, U.S. District Judge, on Plaintiff's Unopposed Motion for Final Approval of Settlement.


Date:    February 23, 2024                    *Robin L. Blume, CLERK OF COURT*


                                              s/ Glenda J. Nance
                                              _____
                                              *Signature of Clerk or Deputy Clerk*